EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

DENNIS L. DEBAR, JR.
Special Assistant U.S. Attorney
15 AW/JAL
120 6th Street
Hickam AFB, Hawaii  96853-5336
Telephone No. 449-1737, Ext 243
Facsimile No. 448-0999
Email:  dennis.debar@hickam.af.mil

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 7 2005

at __o'clock and __min __M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>ANDRE M. WARD<br><br>　　　Defendant. | CR. NO.:  05-00012<br><br>ORDER FOR DISMISSAL<br>WITHOUT PREJUDICE |

ORDER FOR DISMISSAL

　　　Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the Court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses, without prejudice, the information against Defendant

ANDRE M. WARD, due his receiving non-judicial punishment from his United States Army Commander.

DATED: Honolulu, Hawaii, ___February 2___, 2005.

> _[signature]_
> DENNIS L. DEBAR, JR.
> Special Assistant U.S. Attorney
> District of Hawaii

APPROVED AND SO ORDERED:

BARRY M. KURREN
_____
UNITED STATES MAGISTRATE JUDGE

UNITED STATES v. ANDRE M. WARD
CR. NO.: 05-0012
Order For Dismissal